UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br><br>    Respondent. | Case No.: 1:13-cv-00413-AWI-JLT<br><br>ORDER DENYING PETITIONER'S MOTION REQUESTING CASE STATUS (Doc. 10) |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**PROCEDURAL HISTORY**

The instant petition was filed on March 20, 2013. (Doc. 1). Petitioner filed a first amended petition on April 12, 2013. (Doc. 7). On April 23, 2013, the Court issued Findings and Recommendations to dismiss the first amended petition for failure to state a cognizable federal habeas claim. (Doc. 8). Petitioner timely filed objections on May 3, 2013. (Doc. 9). On August 5, 2013, Petitioner filed the instant motion requesting the status of the case. (Doc. 10). The Findings and Recommendations were submitted to the United States District Judge assigned to this case and are awaiting action from the District Judge.

**DISCUSSION**

As noted in the Litigant Letter served on Petitioner shortly after the filing of the Petition, the

Court will not respond to individual inquiries regarding the status of a particular case. Petitioner was informed at the outset that the Court would notify him as soon as any action is taken in his case and that as long as Petitioner keeps the Court informed of his current address, he would receive <u>all</u> decisions that might affect the status of his case.

Case management at the court proceeds by the order cases are received. The Court is aware of the existence of Petitioner's case and the length of time that it has been pending. However, due to the enormous caseload of the Court, and the Court's detailed and diligent handling of each individual case, a Court decision often takes time. Petitioner's case will be ruled on in due course.

Accordingly, the Request for Status (Doc. 10), is DENIED.

IT IS SO ORDERED.

Dated:   **August 6, 2013**                              **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE